UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | CR NO. M-08-888 |
| | | CR NO. C-08-418M |
| Jaime Ricardo Marroquin-Ramirez | § | |
| Ruben Eduardo Marroquin-Ramirez | | |

## ORDER OF COMMITMENT

The above-named Defendants were initialed in the Southern District of Texas, Corpus Christi, TX on **June 4, 2008**, upon an **Complaint** charging a violation of **21 USC 846, 841**.  Defendants had preliminary and detention hearings on **June 9, 2008**, whereupon the defendants were ordered detained pending trial.  The defendants were indicted in CR-M-08-888 and are ordered removed to the McAllen Division for further court proceedings.

Bail is fixed at: No Bond.

The United States Marshal is commanded to remove the above named defendant forthwith to the McAllen Division which they are charged and there deliver them to the United States Marshal for that division or to some other officer authorized to receive them.

SIGNED THIS **9**$^{th}$ DAY OF **July**, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE